# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| GWENDOLYN DAVIS, | ) |
| Plaintiff, | ) No. 4:15-CV-995 RLW |
| v. | ) |
| J&M SECURITIES, LLC, et al., | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on Defendant Sansone Law, LLC's Motion to Vacate the Alternative Dispute Resolution Referral Order and Memorandum in Support (ECF No. 41). Sansone Law, LLC ("Sansone") asks the Court to vacate its Order referring this case to Alternative Dispute Resolution ("ADR") because ADR would be too expensive compared with the minimal value of this case. In the alternative, Sansone asks that this Court refer the parties to "negotiation."

The Court always encourages the parties to negotiate. The Court also finds value in ADR, particularly evaluation of the case by a third-party neutral. Because of the expense concerned voiced by Sansone, however, the Court will postpone ADR to allow the parties to negotiate.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant Sansone Law, LLC's Motion to Vacate the Alternative Dispute Resolution Referral Order and Memorandum in Support (ECF No. 41) is **GRANTED**, in part, and **DENIED**, in part. The Court will postpone the date for ADR.

**IT IS FURTHER ORDERED** that the parties shall file their Designation of Neutral with the Court no later than **June 30, 2016**.

**IT IS FINALLY ORDERED** that the parties shall complete mediation no later than **July 31, 2016**.

Dated this 17th day of May, 2016.

*[signature: Ronnie L. White]*

**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**